UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-21830-CIV-UNGARO

THE PROVIDENT BANK
    Plaintiff,

v.

OSMEL L. RODRIGUEZ,
    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon a *sua sponte* examination of the file.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On October 14, 2008, the Court issued an Order requiring the parties to participate in mediation. (DE 14.) The Court reminds the parties that the Order of Referral to Mediation requires that they file the Mediator's Report within five days following the mediation conference, which was scheduled for December 5, 2008 (D.E. 17). However, no such report has been filed. As the Court previously cautioned, failure to comply with the Mediation Order may result in dismissal of this action. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff shall SHOW CAUSE by **Friday, December 12, 2008** why this case should not be dismissed for failure to comply with the Court's Order requiring the filing of the Mediator's Report. Alternatively, Plaintiff may file the Mediator's Report at that time. Failure to comply will result in dismissal of the case without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of December, 2008.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record